1  GEOFFREY A. HANSEN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant CLARK
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    No. CR-12-0215 WHA
                                     )
12               Plaintiff,          )    STIPULATION AND [PROPOSED]
                                     )    ORDER TO CONTINUE
13                                   )
    v.                               )
14                                   )
                                     )
15  JESSE EARL CLARK,                )
                                     )
16               Defendant.          )
    _____)
17

18       The parties jointly request that, subject to the Court's approval, the status conference

19  presently set for June 12, 2012 be continued to July 3, 2012 at 2:00 pm.

20       Defense counsel recently learned that she will be required to participate in an office

21  meeting on June 12, and therefore will be unavailable at that time. Defense counsel is also

22  unavailable the following week. According to the Court's online schedule, the Court is

23  unavailable on June 26. Additionally, defense counsel requires time to investigate legal and

24  factual matters that are critical to the case. Accordingly, to accommodate the parties' and the

25  Court's schedule, the parties jointly request that the status conference be continued from June 12,

26  2012 to July 3, 2012.

1   For the above reasons, the parties stipulate there is good cause – taking into account the
2   public interest in the prompt disposition of this case – to exclude the time from June 12, 2012 to
3   July 3, 2012 from computation under the Speedy Trial Act, and that failing to exclude that time
4   would unreasonably deny the defendant and his counsel the reasonable time necessary for
5   effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
6   3161(h)(7)(A) and (B)(iv).  The parties further agree that the ends of justice would be served by
7   excluding the time from June 12, 2012 to July 3, 2012 from computation under the Speedy Trial
8   Act and that the need for the exclusion outweighs the best interests of the public and the
9   defendant in a speedy trial.

10   IT IS SO STIPULATED.

12   June 7, 2012                                        /s/
     DATED                                       HEATHER MELTON
13                                               Special Assistant United States Attorney

15   June 7, 2012                                        /s/
     DATED                                       JODI LINKER
                                                 Assistant Federal Public Defender

18   IT IS SO ORDERED.

20   Dated:  June 11, 2012.

21                                                William Alsup
                                                  UNITED STATES DISTRICT JUDGE

Stipulation & [Proposed] Order to Continue;
*US v. Clark*, Case No. 12-0215 WHA                   2