MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HEATHER M. MELTON (CABN 260870)
Special Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: heather.melton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR 12-0215 WHA |
|        Plaintiff,                   ) | |
|    v.                              ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JULY 4, 2012 TO JULY 10, 2012. |
| JESSE EARL CLARK,             ) | |
|        Defendant.                ) | |

The defendant, JESSE CLARK, represented by JODI LINKER, Assistant Federal Public Defender, and the government, represented by HEATHER M. MELTON, Special Assistant United States Attorney, appeared before the Court on July 2, 2012.  The matter was set for trial beginning September 4, 2012.

Defense counsel agreed to exclude one-week of time under the Speedy Trial Act.  On June 11, 2012, the Court excluded time from the Speedy Trial Act through July 3, 2012.  Thus a further week of exclusion under the Speedy Trial Act would exclude time between July 4, 2012 and July 10, 2012.  The government has no objection to excluding time.  Such an exclusion

Case No. 12-00215 WHA
[~~Proposed~~] Order Excluding Time

1  would made the Speedy Trial date September 19, 2012.

2      Based upon the representations of counsels and for good cause shown, the Court finds
3  that failing to exclude the time between July 4, 2012 and July 10, 2012 would deny the parties
4  continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C.
5  § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
6  time between July 4, 2012 and July 10, 2012 from computation under the Speedy Trial Act
7  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
8  HEREBY ORDERED that the time between July 4, 2012 and July 10, 2012 shall be excluded
9  from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

12  DATED:  July 9, 2012.

    William Alsup
    UNITED STATES DISTRICT JUDGE

Case No. 12-00215 WHA
[Proposed] Order Excluding Time     -2-