IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JESSE E. CLARK,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. CR 12-00215 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND FURTHER STATUS CONFERENCE** |

As stated at yesterday's hearing, the following briefing schedule is set for defendant's motion *in limine* to exclude handwriting analysis (Dkt. No. 31):

　　August 29, 2012:　　　　deadline to file opposition

　　September 12:　　　　　deadline to file reply

A further status hearing is set for **SEPTEMBER 18, 2012, AT 2 P.M**.

**IT IS SO ORDERED.**

Dated:  August 21, 2012.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE